United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOGO SPORTS, INC., | CASE NO. 5:12-cv-00528 EJD |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 43), the court has determined that a status conference is unnecessary at this time. Accordingly, the Status Conference is CONTINUED to **March 21, 2014, at 10:00 a.m.** On or before **March 14, 2014**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update on the status of settlement discussions in this action.

In light of the continuance, the Joint Motion to Appear by Telephone (Docket Item No. 44) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: January 6, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00528 EJD
ORDER CONTINUING STATUS CONFERENCE