IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOGO SPORTS, INC., | CASE NO. 5:12-cv-00528 EJD |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| MAJOR LEAGUE BASEBALL PROPERTIES, INC., et. al., | |
| Defendant(s). | |

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 46), the court has determined that a status conference is unnecessary at this time. Accordingly, the Status Conference is CONTINUED to **May 16, 2014, at 10:00 a.m.** On or before **May 9, 2014**, the parties shall file a Joint Status Conference Statement which provides, inter alia, an update on the status of settlement discussions in this action.

The parties are notified that this represents the final continuance of the Status Conference without an appearance. Counsel for all parties shall therefore appear *in person* for the Status Conference on May 16, 2014. Telephonic appearances will not be permitted.

**IT IS SO ORDERED.**

Dated: March 18, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00528 EJD
ORDER CONTINUING STATUS CONFERENCE